S.D.N.Y. – W.P.
16-cv-4473
Seibel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand sixteen.

Present:

Robert A. Katzmann,
*Chief Judge*,
Richard C. Wesley,
Peter W. Hall,
*Circuit Judges*.

---

Jake Lewis,

*Plaintiff-Appellant*,

v. 16-2807

Midland Funding LLC, doing business in New York as Midland Funding of Delaware, LLC,

*Defendant-Appellee*.

---

Appellee moves to dismiss the appeal. This Court has determined that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Upon due consideration, it is hereby ORDERED that Appellee's motion is GRANTED and the appeal is DISMISSED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe